**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 14, 2022.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-22-00290-CV

---

**ROLLING DOUGH, LTD., Appellant**

**V.**

**222 STARR ASSOCIATES, LLC, Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2021-06603**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed on March 21, 2022. On June 8, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.